[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 2, 2000
THOMAS K. KAHN
CLERK

_____

No. 98-3829

_____

D. C. Docket No. 97-00140-CR-T-17E

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HAROLD GROSS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(August 2, 2000)**

Before ANDERSON, Chief Judge, DUBINA and FAY, Circuit Judges.

O R D E R:

The appellee's petition for rehearing and clarification is granted and the

attached revised opinion is substituted for the original opinion issued by the Court.